HAZELWOOD CHRONIC & CONVALES-
CENT HOSPITAL, INC., dba Kearney
Street Convalescent Center, Plaintiff-Ap-
pellee,

v.

Caspar WEINBERGER, Secretary of
Health, Education and Welfare, the Unit-
ed States of America, and Blue Cross of
Oregon, dba Northwest Hospital Service,
Defendants-Appellants.

No. 74-2210.

United States Court of Appeals,
Ninth Circuit.

May 27, 1977.

Rehearing Denied July 18, 1977.

Sidney I. Lezak, U. S. Atty., Vinita Jo
Neal, Asst. U. S. Atty., Portland, Or., Rob-
ert E. Kopp, David M. Cohen, U. S. Dept. of
Justice, Civ. Div., Washington, D. C., ar-
gued, for appellant.

Michael J. Gentry, Arden Shenker, Port-
land, Or., Arthur J. Crowley, Los Angeles,
Cal., argued, for appellee.

Before WALLACE and KENNEDY, Cir-
cuit Judges, and FERGUSON,* District
Judge.

ORDER

On April 4, 1977, the United States Su-
preme Court vacated the judgment of this
court and remanded the case for further
consideration. —— U.S. ——, 97 S.Ct.
1595, 51 L.Ed.2d 801 (1977). Accordingly,
the judgment of the district court is vacat-
ed and the cause is remanded to the district
court for further consideration in light of
the Supreme Court's opinion in *Califano v.
Sanders*, 430 U.S. 99, 97 S.Ct. 980, 51
L.Ed.2d 192 (1977).